809 A.2d 137

IN THE MATTER OF PETER A. WOOD, AN ATTORNEY AT LAW.

November 14, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 02–211, concluding that **PETER A. WOOD** of **WILLIAMSTOWN**, who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PETER A. WOOD** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.